UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA ISSUED BY A GRAND JURY IN THE SOUTHERN DISTRICT OF NEW YORK SERVED UPON JORDAN MEADOW | Case No. 1:23-177<br><br>**NOTICE OF MOTION TO QUASH GRAND JURY SUBPOENA** |

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Ira Lee Sorkin, Esq., dated May 24, 2023, and the exhibits annexed thereto, Movant Jordan Meadow, by his undersigned counsel, will move this Court at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Criminal Procedure 17(c)(2) to quash the Grand Jury Subpoena dated May 16, 2023 served upon Jordan Meadow on May 17, 2023.

Dated:  New York, New York
        May 24, 2023

**MINTZ & GOLD LLP**

/s/ Ira Lee Sorkin
Ira Lee Sorkin
600 Third Avenue – 25th Floor
New York, New York 10016
Tel:   (212) 696-4848
sorkin@mintzandgold.com
*Attorney for Jordan Meadow*

cc:    Nicholas Folly
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, New York 10007
       Telephone:  (212) 637-1060