# EXHIBIT 2

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GRAND JURY SUBPOENA ISSUED
BY A GRAND JURY IN THE SOUTHERN
DISTRICT OF NEW YORK SERVED UPON
JORDAN MEADOW

## AFFIDAVIT OF JORDAN MEADOW

I, Jordan Meadow, being duly sworn, deposes and says under penalty of perjury:

1. On May 17, 2023, I was served with a Grand Jury Subpoena issued by the Southern District of New York (the "Subpoena") calling for my appearance and the production of any and all records and documents as the custodian of records for Spartan Capital Securities, LLC ("Spartan") on May 30, 2023.

2. The Subpoena is attached as Exhibit 1 to the Sorkin Declaration.

3. I am a Securities Broker employed by Spartan.

4. I am not, nor have I ever been the custodian of records of Spartan.

5. I do not, nor have I ever had access to Spartan's proprietary records.

6. I cannot, nor do I have authority to produce the records and documents sought by the Subpoena.

The foregoing is true to the best of my knowledge and belief.

_Jordan Meadow_
Jordan Meadow

Sworn to before me this 24 day of May, 2023

_____
NOTARY PUBLIC

ALEXANDER H. GARDNER
Notary Public, State of New York
No. 02GA5077696
Qualified in New York County
Certificate Filed in New York County
Commission Expires May 12, 2026