

| | | |
|---|---|---|
| Steven W. Gold | Heath Loring | **Senior Counsel** |
| Steven G. Mintz* | Peter Guirguis | Jack A. Horn |
| Jeffrey D. Pollack* | Andrew R. Gottesman | Noreen E. Cosgrove |
| Elliot G. Sagor | Matthew S. Seminara | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Julia B. Milne | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (dec) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (dec.) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafet | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Kellyann T. Ryan | Tara Shamroth |
| | Sitie "Esther" Tang | Jared Van Vleet |

\*Also admitted in New Jersey
\*\*Also admitted in Florida
\*\*\*Also admitted in California

° Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

July 5, 2023

**<u>Via FEDEX</u>**
The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

RE:   █████ Subpoena, Care of █████ as Custodian of Records
       1:23-mc-00177 (LAK)

Dear Judge Kaplan,

    As you know, we represent █████ in the above-referenced matter. Assistant United States Attorney Nicholas Folly has informed us that the government has withdrawn their Grand Jury Subpoena to █████ as custodian of records for █████ dated May 16, 2023 and has asked us to advise the court that we withdraw our Motion to Quash the Subpoena. Accordingly, we hereby withdraw our motion to quash the May 16, 2023 subpoena and at the direction of Courtroom Deputy Andrew Mohan, ask that the Miscellaneous Case 23-mc-00177 be closed.

Respectfully Submitted

/s/ Ira Lee Sorkin

Ira Lee Sorkin, Esq.

Application granted.
.
.
So Ordered: _____/s/_____
               Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 7/5/2023



July 5, 2023
Page 2

Cc:
Assistant United States Attorney Nicholas Folly
Nicholas.folly@usdoj.gov